AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOE HAND PROMOTIONS, INC.,

                Plaintiff,

           **v.**

IKONZ SPORTS BAR & GRILL, LLC,
d/b/a IKONZ SPORTS BAR & GRILL, and
DEWAYNE PEARSON,

              Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 124-178

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered April 22, 2026, judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $6,500.00 for statutory and enhanced damages and $3,180.00 for attorneys' fees.  This case stands closed.

| | |
|---|---|
| 4/22/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| |  |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020